**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CLAUDE DAVE MATTOX, JR.,<br><br>      Petitioner,<br><br>   v.<br><br>NEIL McDOWELL,<br><br>      Respondent. | NO. CV 15-7446-GW(E)<br><br><br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: March 31, 2016.

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE